PROB 12C
(7/93)

Report Date: May 28, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 28, 2015**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Duane C. Rhoades                     Case Number: 0980 4:15PO09001-JPH-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Yakima, Washington ▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: January 30, 2015

| | |
|---|---|
| Original Offense: | Cts. 1-3: Misappropriation of Property and Services, 36 C.F.R. § 2.30(a)(3) |
| Original Sentence: | Probation 12 Months          Type of Supervision: Probation |
| Asst. U.S. Attorney: | Thomas J. Hanlon              Date Supervision Commenced: February 6, 2015 |
| Defense Attorney: | Alex B. Hernandez, III          Date Supervision Expires: February 5, 2016 |

### PETITIONING THE COURT

   To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 12, 2015.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer. |
| | **Supporting Evidence**: Mr. Rhoades failed to obtain authorization from his U.S. probation officer before entering into a financial contract as of May 11, 2015. |

Prob12C
Re: Rhoades, Duane C
May 28, 2015
Page 2

On May 15, 2015, Mr. Rhoades used a credit card to make a $100 deposit towards a down payment for the purchase of a 2000 Toyota Camry at Ontario Auto Brokers in Ontario, Oregon. On May 18, 2015, Mr. Rhoades was confronted regarding this unauthorized down payment deposit, to which he admitted making the deposit using his Global Cash Card that is used to receive his electronic paycheck from his employer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 28, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/28/2015
Date

